AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Steadfast Insurance Company, as assignee and subrogee of Gilbane Building Company,<br>*Plaintiff*<br>v.<br>Reliable Construction Solutions, LLC,<br>*Defendant* | Civil Action No.  8:14-cv-00649-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff Steadfast Insurance Company recover from the defendant Reliable Construction Solutions, LLC, the amount of One million, five hundred, fifty-nine thousand, four hundred and fifty-four dollars and 82/100 ($$1,559,454.82), which includes postjudgment interest at the rate of .17%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:  January 27, 2015

ROBIN L. BLUME, CLERK OF COURT

s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*